UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**        CASE NUMBER: 04-72883
                                          HONORABLE VICTORIA A. ROBERTS

v.

**VERONICA D. JONES,**

        **Defendant(s).**
_____/

ORDER ADOPTING
REPORT AND RECOMMENDATION

        This matter is before the Court on Plaintiff United States of America's Motion for Summary Judgment. Plaintiff's motion was referred to Magistrate Judge Mona K. Majzoub, pursuant to 28 U.S.C. §636(b)(1)(B) for a Report and Recommendation ("R&R"). Magistrate Majzoub recommends that the Court **GRANT** Plaintiff's motion. Defendant Veronica D. Jones objects to the Magistrate's recommendation.

        The Court finds that Defendant failed to articulate grounds which warrant denial of Plaintiff's Motion for Summary Judgment. Therefore, the Court **ADOPTS** Magistrate Majzoub's recommendation and **GRANT'S** Plaintiff's motion.

        **IT IS SO ORDERED.**

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated:  April 4, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on April 4, 2007.

S/Carol A. Pinegar
Deputy Clerk